[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 24.]

THE STATE OF OHIO, APPELLEE, *v*. GINGERICH, APPELLANT.

[Cite as *State v. Gingerich*, 1996-Ohio-435.]

*Criminal law—Drug offenses—R.C. 2925.11(F)(1) and 2925.14(H) do not violate the due process or equal protection provisions of the Ohio and United States Constitutions.*

(No. 95-1570—Submitted June 5, 1996—Decided July 3, 1996.)

APPEAL from the Court of Appeals for Warren County, No. CA94-11-099.)

_____

*Tim Oliver*, Warren County Prosecuting Attorney, and *Carolyn A. Duvelius*, Assistant Prosecuting Attorney, for appellee.

*Eddie Lawson*, for appellant.

_____

{¶ 1} The judgment of the court of appeals, upholding the constitutionality of R.C. 2925.11(F)(1) and 2925.14(H), is affirmed on the authority of *State v. Thompkins* (1996) 75 Ohio St.3d 558, 664 N.E.2d 926.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

_____